1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prairie Farms, L.L.C.; Claude Seth Cooke; Patrick Pipkin; and Andrew Chatwin,<br><br>Plaintiffs,<br><br>v.<br><br>Town of Colorado City, an Arizona municipality; City of Hildale, a Utah municipality; Corporation of the Presiding Bishop of the Fundamentalist Church of Latter Day Saints; Kenneth Brendel; Jerry Darger; Curtis Cooke; and D. Barlow, in their official capacities,<br><br>Defendants. | No. CV-16-08232-PCT-DLR<br><br>**ORDER** |

Plaintiffs Andrew Chatwin and Patrick Pipkin, pursuant to Rule 68(a), have accepted the offers of judgment from Defendants Town of Colorado City, City of Hildale, Kenneth Brendel, Jerry Darger, Curtis Cooke, and D. Barlow. (Docs. 84, 88.) The Court concludes, pursuant to Rule 54(b), that there is no just reason for delaying entry of judgment.

**IT IS ORDERED**:

1.  The Clerk shall enter judgment in favor of Plaintiff Andrew Chatwin and against Defendants Town of Colorado City, City of Hildale, Kenneth Brendel, Jerry

1 | Darger, Curtis Cooke, and D. Barlow in the amount of $100,500.00 plus $10,000.00 for accrued costs and attorney's fees.

2. The Clerk shall enter judgment in favor of Plaintiff Patrick Pipkin and against Defendants Town of Colorado City, City of Hildale, Kenneth Brendel, Jerry Darger, Curtis Cooke, and D. Barlow in the amount of $100,500.00 plus $10,000.00 for accrued costs and attorney's fees.

Dated this 22nd day of August, 2017.

*Douglas L. Rayes*
United States District Judge